# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146157(50)

RICHARD L. WURTZ,

        Plaintiff-Appellee,

v

BEECHER METROPOLITAN DISTRICT,
LEO MCCLAIN, JACQUELIN CORLEW,
and SHEILA THORN,

        Defendants-Appellants.

_____/

SC: 146157
COA: 301752
Genesee CC: 10-092901-CL

On order of the Chief Justice, the motion of the Michigan Association for Justice for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on November 26, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2013



Clerk